

# *Ninth Court of Appeals*

BE IT REMEMBERED:

THAT at the term of the Honorable Ninth Court of Appeals of the State of Texas, begun and holden at Beaumont on the 1st day of January, A.D. 2014, present, Chief Justice STEVE MCKEITHEN and Justices CHARLES KREGER, HOLLIS HORTON and LEANNE JOHNSON.

"Pursuant to and in compliance with an Order of the Supreme Court of Texas, dated March 18, 2014, it is ordered that these causes be transferred to the Thirteenth Court of Appeals, at Corpus Christi, Texas, and that the Clerk of this Court certify all orders made in this Court, and transmit all records and papers in said cause to the Clerk of the Thirteenth Court of Appeals.

| | |
|---|---|
| 09-14-095-CR | Zachary Ellis Armstrong v. State of Texas |
| 09-14-097-CR | Morris Alexander Wise v. State of Texas |
| 09-14-102-CR | James Thomas Jones II v. State of Texas |
| 09-14-103-CR | James Thomas Jones II v. State of Texas |
| 09-14-104-CV | Thomas W. Harrison v. Wells Fargo Bank |
| 09-14-105-CR | Christopher Neal Cormier v. State of Texas |
| 09-14-107-CV | Majdee Nassar d/b/a In and Out v. TX Alcoholic Beverage Comm. |
| 09-14-109-CV | Jefferson County Constables Assn. v. Jefferson County, Texas |
| 09-14-110-CR | David Alan Lott v. State of Texas |
| 09-14-116-CV | Christopher Mann and Gwenda Mann v. Rudis Robles |
| 09-14-117-CR | Salma Monala-Khalil v. State of Texas |
| 09-14-118-CR | John Michael Weatherly v. State of Texas |
| 09-14-119-CR | Phillip Joseph Farrell v. State of Texas |
| 09-14-121-CR | Yoandry Montano v. State of Texas |

I, Carol Anne Harley, Clerk of the Court of Appeals for the Ninth District of Texas, at the City of Beaumont, herein certify that the foregoing is a true copy of this Court's order entered from this Court to the Court of Appeals for the Thirteenth District of Texas at Corpus Christi as appears of record in Minute Book Volume 18."

IN WITNESS WHEREOF, I hereunto set my hand and affix the seal of this Court at Beaumont this 24th of March 2014.

_____
Carol Anne Harley
Clerk of the Court